167 A.3d 653

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TYRONE LANIER, DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005071–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 653

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BORIS BORETSKY, DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000402–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.